# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In Re Subpoenas in** | : | |
| | : | |
| **KEITH LONGTON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Misc. No. 06-0164 (ESH)** |
| | : | |
| **PRINCE GEORGE'S COUNTY, MD,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **In Re Subpoenas in** | : | |
| | : | |
| **KEITH LONGTON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Misc. No. 06-0165 (ESH)** |
| | : | |
| **PRINCE GEORGE'S COUNTY, MD,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge John Facciola for determination of

Motion to Quash.  On any filing related to this matter, the parties shall place the initials of Judge

Ellen Segal Huvelle and the initials of Magistrate Judge John Facciola following the case number

in the caption.

**SO ORDERED.**


                                                                           s/
_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   April 18, 2006


Copies to:

      Magistrate Judge John Facciola